UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-cv-122

| | |
|---|---|
| D.B.G., a minor; CARLOS BAEZA CORDOVA; and TERESA DE JESUS GARCIA GONZALEZ, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE BOARD OF EDUCATION FOR THE PUBLIC SCHOOLS OF ROBESON COUNTY; LANCE ADAM HAIR, individually and in his capacity as bus driver for St. Paul's Elementary School; JOHNNY HUNT, individually and in his official capacity as Superintendent of the Public Schools of Robeson County; ROBERT LOCKLEAR, individually and in his official capacity as Principal of St. Paul's Elementary School; RAYMOND CUMMINGS, individually and in his official capacity as Director of Transportation for the Public Schools of Robeson County; and CHRISTOPHER JONES, individually and in his capacity as TIMS Coordinator for the Public Schools of Robeson County, )<br>)<br>Defendants. ) | **ORDER APPROVING MOTION TO SEAL** |

On Motion of Counsel for Plaintiff to move the Court pursuant to Rule 5.2 of the Federal Rules of Civil Procedure to seal the Acceptance of Service for defendant, Raymond Cummings, filed August 16, 2018, Document Number 22,

IT IS THEREFORE ORDERED the Acceptance of Service for defendant, Raymond Cummings filed August 16, 2018, Document Number 22, be sealed of record.

This the 26th day of September, 2018.

                                                Louise W. Flanagan
                                                United States District Court Judge