IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-122-FL

| | |
|---|---|
| D.B.G., a minor through her guardian ad litem Francisco J. Bricio; CARLOS BAEZA CORDOVA; and TERESA DE JESUS GARCIA GONZALEZ,<br>   Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCTION FOR THE PUBLIC SCHOOLS OF ROBESON COUNTY, LANCE ADAM HAIR, individually and in his capacity as bus driver for St. Paul's Elementary School; RAYMOND CUMMINGS, individually and in his official capacity as Director of Transportation for the Public Schools of Robeson County; and CHRISTOPHER JONES, individually and in his capacity as TIMS Coordinator for the Public Schools of Robeson County,<br>   Defendants. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the motion for entry of default [DE-39] filed by Plaintiffs, seeking entry of default as to defendant Lance Adam Hair.

The record shows that Hair was served under Fed. R. Civ. P. 4 with a copy of the summons and amended complaint on October 8, 2018 [DE-34], and that Hair has failed to answer or otherwise defend in the action. Accordingly, pursuant to Fed. R. Civ. P. 55(a), the motion for entry of default [DE-39] is GRANTED and default is hereby entered against defendant Lance Adam Hair.

SO ORDERED. This the 10th day of January, 2019.

                        Peter A. Moore, Jr.
                        Clerk of Court