**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)**

**Case No: 7:18-cv-122**

| | |
|---|---|
| D.B.G., a minor, through her proposed guardian ad litem Francisco J. Bricio; CARLOS BAEZA CORDOVA; and TERESA DE JESUS GARCIA GONZALEZ,<br><br>                Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCATION FOR THE PUBLIC SCHOOLS OF ROBESON COUNTY; et al,,<br><br>                Defendants. | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF** |

Pursuant to Fed. R. Civ. P. 17 in the agreement of the parties, the Court finds that it is in the interests of justice that Plaintiff's Motion to Substitute Party Plaintiff be GRANTED, and it is hereby ORDERED that D.B.G. be substituted for Francisco J. Bricio as the lead plaintiff in this action.

Henceforth, the style of this case shall be D.B.G., Carlos Baeza Cordova, and Teresa De Jesus Garcia Gonzalez versus The Board Of Education For The Public Schools Of Robeson County, et al

This, the 24th day of March, 2020.

_____
LOUISE WOOD FLANAGAN
United States Magistrate Judge