IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:18-CV-00122-FL

| | | |
|---|---|---|
| D.B.G., CARLOS BAEZA CORDOVA, and TERESA DE JESUS GARCIA GONZALEZ, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| LANCE ADAM HAIR, | ) ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiffs' motion to permit evidentiary hearing on motion for default judgment, presently scheduled for July 1, 2020, at 3:00 p.m., to be held by secure videoconference. (DE 78). One plaintiff, as well as plaintiffs' counsel, are vulnerable individuals as defined in section two of the court's standing order on procedures at the New Bern courthouse during the COVID-19 pandemic. For good cause shown, plaintiffs' motion is GRANTED.

Due to the large number of videoconference hearings presently required in this district, and where no extenuating circumstances require immediate resolution of the motion before the court, hearing in this matter is CONTINUED to Thursday, July 9, 2020, at 10:00 a.m. to allow the clerk of court additional time to make necessary preparations for hearing via videoconference. The clerk of court is DIRECTED to provide counsel with appropriate instructions regarding attendance by videoconference.

With respect to submission of exhibits, including deposition transcripts, counsel is ORDERED to file on the docket a proposed sealed index of exhibits, together with proposed exhibits intended to be presented at hearing. The court will take up motions, if any, to maintain exhibits permanently under seal at hearing.

SO ORDERED, this the 30th day of June, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge