IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)

Civil Action No.: 7:18-CV-122-FL

| | |
|---|---|
| D.B.G., CARLOS BAEZA CORDOVA; and TERESA DeJESUS GARCIA GONZALEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCATION FOR THE PUBLIC SCHOOLS OF ROBESON COUNTY; LANCE ADAM HAIR, individually and in his capacity as former bus driver for St. Paul's Elementary School; ROBERT LOCKLEAR, individually and in his official capacity as Principal of St. Paul's Elementary School; RAYMOND CUMMINGS, individually and in his capacity as Director of Transportation for the Public Schools of Robeson County; and CHRISTOPHER JONES, individually and in his capacity as TIMS Coordinator for the Public Schools of Robeson County,<br><br>    Defendants. | ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL |

Plaintiffs have moved the court for leave to file under seal their Index of Exhibits and accompanying exhibits in support of their motion for default judgment (DE 80)

This motion is supported by good cause and is HEREBY ALLOWED.

This 3rd day of August, 2020.

_____
Louise W. Flanagan
United States District Judge