UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| D.B.G., CARLOS BAEZA CORDOVA and ) <br> THERESA DE JESUS GARCIA GONZALEZ ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCE ADAM HAIR ) <br> Defendant. ) | **DEFAULT JUDGMENT** <br><br> No. 7:18-CV-122-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiffs' motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 18, 2020, for the reasons set forth more specifically therein, plaintiffs' motion for default judgment is granted. Plaintiff D.B.G. may have and recover from defendant Hair compensatory damages in the amount of $75,000.00 and punitive damages in the amount of $150,000.00

**This Judgment Filed and Entered on August 18, 2020, and Copies To:**
Leto Copeley (via CM/ECF Notice of Electronic Filing)

August 18, 2020                PETER A. MOORE, JR., CLERK

                               /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk